IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                      CASE NO: 04-53571

GINA MARIE LINDESMITH            CHAPTER 7

                Debtor(s)                        HON. MARILYN SHEA-STONUM
                                                     BANKRUPTCY JUDGE

### TRANSMITTAL OF UNCLAIMED FUNDS

       Marc P. Gertz, Trustee of this estate, reports the following:

       1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

         Claim #2      Ionics                                          $421.45
                               1971 Rutan Dr.
                               Livermore, CA 94551-7646      *ck # 2012*
                                                                    *receipt # 81097*

       2. Your trustee's check for $421.45 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

       3. Nothing further remains to be done in this case.

Date:    December 1, 2009

                                                      Marc P. Gertz, #0003808
                                                      Chapter 7 Trustee
                                                      Goldman & Rosen, Ltd.
                                                      11 S. Forge St.
                                                      Akron, OH 44304
                                                      Phone: 330.376.8336
                                                      Fax: 330.376.2522
                                                      mpgertz@goldman-rosen.com